

**Entered on Docket
August 09, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

TIMOTHY S. CORY, ESQ.  
Nevada Bar No. 1972  
tim.cory@corylaw.us  
MICHAEL THOMSON  
Nevada Bar No. 7541  
**DURHAM JONES & PINEGAR**  
8831 W. Sahara Avenue  
Las Vegas, Nevada 89117  
Telephone: (702) 388-1996  
Trustee

ECF FILED 8/7/06

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Bankruptcy Case No. |
|---|---|
| ENERGY AND ENGINE TECHNOLOGY CORPORATION, | BK-S-06-10973-LBR |
| Debtor. | Chapter 11 |

**ORDER FOR RELIEF PURSUANT TO INVOLUNTARY CHAPTER 11 PETITION**

Upon consideration of the Involuntary Chapter 11 Petition filed by certain creditors known as the Longview Funds and having held a hearing on such involuntary petition at which time the Court considered the appropriateness of entering an Order for Relief, and with appropriate parties in interest having been given notice of such involuntary petition and the hearing held thereon, the affidavits filed in support thereof and other evidence and having considered the representations of counsel made at the hearing on this matter and having made findings and conclusions on the record, IT IS HEREBY

1  ORDERED that an ORDER FOR RELIEF under chapter 11 of Title 11 of the United States Code is hereby entered in this case;

FURTHER ORDERED that this ORDER FOR RELIEF shall be deemed effective as of JUNE 26, 2006 which is the same date that Timothy S. Cory was appointed to act as chapter 11 trustee; and

FURTHER ORDERED that the Debtor shall provide the information required under the Federal Rules of Bankruptcy Procedure including Rule 1007 within the time specified therein; and

FURTHER ORDERED that in the event of the default by the Debtor in preparing and filing schedules and statements, that such schedules and statements may be filed by Timothy S. Cory and, in such event, Mr. Cory and his counsel shall be entitled to reimbursement for the cost and expense of preparing such schedules and statements as an administrative expense of this estate.

DATED this ____ day of August, 2006.

_____
Linda B. Riegle
United States Bankruptcy Judge

Submitted by:

TIMOTHY S. CORY, ESQ.
MICHAEL THOMSON, ESQ.
Durham Jones & Pinegar
8831 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 388-1996

2

1  APPROVED / DISAPPROVED

2

3  / s /
   _____
   Longview Funds
4  James Greene
   Schreck Brignone
5  300 South Fourth Street Suite 1200
   Las Vegas, Nevada 89101
6  (702) 382-2101

7

8  APPROVED / DISAPPROVED

9

10 _____
   United States Bankruptcy Trustee
11 J. Michal Bloom
   300 South Las Vegas Boulevard, #4300
12 Las Vegas, Nevada 89101

13

14

15                                    ###

16

17

18

19

20

21

22

23                      3

24

## Keith, Penrod W.

| | |
|---|---|
| **From:** | J.Michal.Bloom@usdoj.gov |
| **Sent:** | Wednesday, August 02, 2006 12:16 PM |
| **To:** | Keith, Penrod W. |
| **Subject:** | RE: EENT, Case No. 06-10973 |

Order looks fine for filing.

-----Original Message-----
From: pkeith@djplaw.com [mailto:pkeith@djplaw.com]
Sent: Wednesday, August 02, 2006 11:01 AM
To: Bloom, J. Michal
Cc: tim.cory@corylaw.us; susanne@corylaw.us
Subject: EENT, Case No. 06-10973

Michal,

I work with Tim Cory as his attorney in the EENT case - - our application will be circulated shortly. Tim and I noticed that no order for relief had been entered in this case. I spoke with the petitioning creditors' attorney, Jim Greene, about this last week but there still does not appear an Order on the docket. Thus, Tim asked me to prepare a proposed order which I have attached.

Thanks

<<Order for Relief.doc>>

Penrod W. Keith
Attorney at Law
DURHAM JONES & PINEGAR
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah 84110
Tel   801.415.3000
Fax 801.415.3500
pkeith@djplaw.com
www.utahlaw.com

To comply with IRS regulations, we inform you that any U.S. federal tax advice contained in this communication, including attachments, is not intended or written to be used and cannot be used for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email was sent by a law firm and contains information that may be privileged and confidential. Any unauthorized use is prohibited. If you are not the intended recipient, please delete this email, any attachments and notify the sender immediately.